No. 83–1878. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES *v.* CHANEY ET AL. C. A. D. C. Cir. Motion of respondents for leave to proceed *in forma pauperis* and certiorari granted.

No. 83–5954. LINDAHL *v.* OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 82–1699. OAKLAND SCAVENGER CO. *v.* BONILLA ET AL. C. A. 9th Cir. Certiorari denied.

No. 83–1398. CROCKETT, MEMBER, UNITED STATES HOUSE OF REPRESENTATIVES, ET AL. *v.* REAGAN, PRESIDENT OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 83–1450. CUNNINGHAM ET AL. *v.* DONOVAN, SECRETARY OF LABOR. C. A. 5th Cir. Certiorari denied.

No. 83–1477. NEZOWY *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 83–1485. MOLLER ET UX. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 83–1496. SHIPPERS NATIONAL FREIGHT CLAIM COUNCIL, INC., ET AL. *v.* INTERSTATE COMMERCE COMMISSION ET AL. C. A. 2d Cir. Certiorari denied.

No. 83–1503. COCKRELL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 83–1510. FERGUSON ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 83–1527. HALL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.